United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| Esmeralda Gaytan Sanchez | § | |
| | § | |
| *versus* | § | Civil Action 5:26–cv–00250 |
| | § | |
| Orlando Perez | § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Notice that the above-captioned case is referred to the assigned United States Magistrate Judge to conduct all pretrial proceedings in the case, including non-dispositive hearings and rulings and Rule 26(f), pretrial, and settlement conferences, in accordance with 28 U.S.C. Section 636(b)(1) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act.

    It is so ORDERED.

    Signed on the 20th of February 2026.

_____
Diana Saldaña
United States District Judge